# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITH A. OLIVER**                                                                                     **PLAINTIFF**

**VS.**                                            **3:07CV00060-WRW**

**SIGNS SYSTEMS, et al**                                                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1).

A question of subject-matter jurisdiction may be raised *sua sponte* at any time.[1]

"Whenever it appears . . . that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."[2]

Plaintiff, an Arkansas resident, alleges that he suffered injuries from an accident that occurred while he was working for Defendant Sign Systems in Jonesboro, Arkansas.

For want of diversity of citizenship, this Court lacks subject matter jurisdiction. Accordingly, Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED. This case is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 29th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 485 (8th Cir. 1993).

[2] Fed. R. Civ. P. 12(h)(3).