**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KEITH A. OLIVER**                                                                                     **PLAINTIFF**

**VS.**                                  **3:07CV00060-WRW**

**SIGNS SYSTEMS, et al**                                                       **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 5) of the May 29, 2007 Order dismissing this case is DENIED. Although Plaintiff "seeks (3) to (4) months to pay the $150.00 filing fee," payment would not resolve the problem with this case -- this Court lacks jurisdiction to hear Plaintiff's claims.

IT IS SO ORDERED this 5th day of June, 2007.

                                                       /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE